Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

**Deosen Biochemical (Ordos) Ltd.,**

                                **Plaintiff,**

     v.

**UNITED STATES,**

                                **Defendant.**

S U M M O N S   No. 25-00145

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff, Deosen Biochemical (Ordos) Ltd. ("Deosen"), is a foreign producer and exporter of xanthan gum from the People's Republic of China and is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). Plaintiff has also participated in the underlying period of administrative review. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce's final results in the period of review July 1, 2022, through June 30, 2023 of Xanthan Gum From the People's Republic of China. *See Xanthan Gum From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023,* 90 Fed. Reg. 22,240 (May 27, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

   (Brief description of contested determination)

3. May 27, 2025
   (Date of determination)

4. May 27, 2025, 90 Fed. Reg. 22, 240
   (If applicable, date of publication in Federal Register of notice of contested determination)

                            Lian Yang, Esq.

                            Alston & Bird LLP
                            950 F Street NW
                            Washington, DC 20004
                            202-239-3490
                            **Lian.Yang@alston.com**
                            **AB.Trade@alston.com**

   */s/ Lian Yang*
_____
Signature of Plaintiff's Attorney

    June 26, 2025
_____
       Date

**SEE REVERSE SIDE**

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

**UPON THE UNITED STATES**

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Brett A. Shumate, Esq.
**Assistant Attorney General, Civil Division**
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

**UPON THE DEPARTMENT OF COMMERCE**

Office of the General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)